1   WILLIAM E. TAGGART, JR. (SBN 41134)
    Law Offices of Taggart & Hawkins
2   1901 Harrison Street, Suite 1600
    Oakland, CA 94612-3501
3   Telephone:  (510) 893-9999
    Facsimile:  (510) 893-9980
4   Email: wetaggart@tagghawk.com
    Counsel for R. Cary McNair, Jr. and Kathryn N. McNair
5
    Thomas E. Redding (TX SBN 16661300)
6   Redding & Associates, P.C.
    2914 West T.C. Jester
7   Houston, Texas   77018
    Telephone:  (713) 965-9244
8   Facsimile:   (713) 621-5227
    Email:  reddingtaxcm@aol.com
9   Counsel for R. Cary McNair, Jr. and Kathryn N. McNair

10

11              IN THE UNITED STATES DISTRICT COURT FOR THE

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14

15  SIXTY-THREE STRATEGIC            )   **Case No.** Case No. C-05-1123 JW
    INVESTMENT FUNDS; and            )
16  PRESIDIO GROWTH LLC              )   **[STIPULATION FOR] ORDER
    (Tax Matters Partner),           )   GRANTING MOTION BY R. CARY
17                                   )   McNAIR, JR. and KATHRYN N.
                                     )   McNAIR TO PARTICIPATE AS
18          Petitioners,             )   PARTIES PURSUANT TO I.R.C.
                                     )   §6226(c) OR FOR LEAVE TO
19                                   )   INTERVENE
          v.                         )
20                                   )
                                     )   Honorable James Ware, Chief Judge
21  UNITED STATES OF AMERICA,        )
                                     )
22                                   )
          Respondent.                )
23  _____ )

24

25        The parties, by and through their undersigned counsel, hereby stipulate to the granting of

26  the Motion of R. Cary McNair, Jr. and Kathryn N. McNair, for Leave to Participate as Parties or

27  for Leave to Intervene filed on December 10, 2009, based on the Notice of Motion and Affidavit

28  of William E. Taggart, Jr. in Support of Motion filed on the same date.

                                    -1-
_____
Order Granting Motion
(Case No. C-05-1123 VRW)

1    Based upon the foregoing stipulation, the parties respectfully request that the Court grant

2    the Motion of R. Cary McNair, Jr. and Kathryn N. McNair, and order as follows:

3    ORDER that R. Cary McNair, Jr. and Kathryn N. McNair, be allowed to intervene

4    pursuant to Rule 24 of the Federal Rules of Civil Procedure; and

5    ORDER that R. Cary McNair, Jr. and Kathryn N. McNair, are parties entitled to

6    participate in all proceedings pursuant to 26 U.S.C. §6226(c).

7    ORDER such other and further relief as the Court deems appropriate.

8

9    _____

10   Honorable James Ware, Chief Judge

11

12

13   Dated: June 14, 2011                    Respectfully submitted,

14

15                                           /s/ William E. Taggart, Jr._____
                                             WILLIAM E. TAGGART, JR.
16                                           Attorney for Petitioners
                                             R. Cary McNair, Jr. and
17                                           Kathryn N. McNair

18
     /s/ Steven M. Bauer                     /s/ Stuart D. Gibson
19   STEVEN M. BAUER                         STUART D. GIBSON
     Latham & Watkins                        Senior Litigation Counsel
20   Attorney for Petitioners                Tax Division, Department of Justice
                                             Attorney for Respondent
21

22

23

24

25

26

27

28

Order Granting Motion
(Case No. C-05-1123 VRW)

1

## **CERTIFICATE OF SERVICE**

2      IT IS HEREBY CERTIFIED that service of the foregoing **STIPULATION FOR**

3   **ORDER GRANTING MOTION BY R. Cary McNair, Jr. and Kathryn N. McNair TO**

4   **PARTICIPATE AS PARTIES PURSUANT TO IRC §6226(c) or TO INTERVENE** has

5   been made this 14th day of June, 2011, upon the following by ECF:

6

7   Stuart D. Gibson                          Steven Bauer
    Senior Litigation Counsel                 Latham & Watkins
    Tax Division, Department of Justice       Steve.Baur@lw.com

8   Stuart.D.Gibson@usdoj.gov
                                              Margaret Tough
9   Adair F. Boroughs                         Latham & Watkins
    Trial Attorney                            Margaret.Tough@lw.com

10  Adair.F.Boroughs@usdoj.gov
                                              Attorneys for Petitioners
11  Attorneys for Respondent

12

13  Martin A. Schainbaum                      Joseph Depew
    schainbm@taxwarrior.com                   Sutherland Asbill & Brennan, LLP
                                              joe.depew@sutherland.com
14  Attorney for Intervenors Voltaire, LLC, Tom
    Gonzales, and Birch Ventures, LLC         N. Jerold Cohen
15                                            Sutherland Asbill & Brennan, LLP
                                              jerry.cohen@sablaw.com
16
                                              Attorneys for Intervenor Salmon Ventures,
17                                            LLC

18  John M. Colvin
    Chicoine & Hallett PS
19  jcolvin@C-HLAW.COM                        and upon the following by US Mail:

20  Attorney for Intervenor Peter Adkison
                                              Thomas E. Redding
21                                            Redding & Associates, PC
                                              2914 West T.C. Jester Blvd.
22                                            Houston, TX 77018

                                              Attorney for Intervenors R. Cary McNair and
23                                            Kathryn McNair

24

25
                                              */s/ William E. Taggart, Jr.*
26                                            WILLIAM E. TAGGART, JR.
                                              Attorney for Petitioners
27                                            R. Cary McNair, Jr. and
                                              Kathryn N. McNair
28
                                              F09FHSOTHE19.wpd

Order Granting Motion
(Case No. C-05-1123 VRW)