**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION
10   Olympus Strategic Inv. Fund, LLC, et al.,        NO. C 04-04399 JW
11              Petitioners,
        v.
12
     United States of America,
13
              Respondent.
14   _____/
15   Sixty-Three Strategic Inv. Funds, et al.,        NO. C 05-01123 JW
16              Petitioners,
        v.
17
     United States of America,
18
              Respondent.
19   _____/
20
     Sixty-Three Strategic Inv. Funds, et al.,        NO. C 05-01996 JW
21
              Petitioners,
22      v.
23   United States of America,
24            Respondent.
25   _____/
26
27
28

**United States District Court**
For the Northern District of California

| | |
|---|---|
| Twenty-Two Strategic Inv. Funds, et al., | NO. C 05-02835 JW |
| Petitioners, | |
| v. | |
| United States of America, | |
| Respondent. | |
| _____/ | |

| | |
|---|---|
| Twenty-Two Strategic Inv. Funds, et al., | NO. C 05-03887 JW |
| Petitioners, | **ORDER VACATING HEARING ON MOTIONS AND PRETRIAL CONFERENCE** |
| v. | |
| United States of America, | |
| Respondent. | |
| _____/ | |

These related cases are scheduled for a hearing on Respondent's Motions for Summary Judgment on June 25, 2012. Upon review, the Court finds it appropriate to take Respondent's Motions under submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the June 25 hearing.

In addition, these cases are scheduled for a Preliminary Pretrial Conference on July 9, 2012. In light of the pending dispositive Motions, the Court finds that a Pretrial Conference would be premature at this time. Accordingly, the Court VACATES the Pretrial Conference. The Court will set a new date for the Pretrial Conference in its Order addressing the Respondent's Motions.

Dated:  June 21, 2012

_____
JAMES WARE
United States District Chief Judge

2

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Adair Ford Boroughs adair.f.boroughs@usdoj.gov
     David A. York david.york@lw.com

3    Margaret Tough margaret.tough@lw.com
     Steven Mark Bauer steve.bauer@lw.com

4    Stuart David Gibson Stuart.D.Gibson@usdoj.gov
     Thomas Moore tom.moore@usdoj.gov

5

6

7

8    **Dated:  June 21, 2012**                    **Richard W. Wieking, Clerk**

9
                                                 **By:      /s/ JW Chambers**
10                                                          **William Noble**
                                                            **Courtroom Deputy**
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28